No. 512, Misc.  MILLER *v.* UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *De Long Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 792.  HEINZE, WARDEN, *v.* BAILLEAUX.  Supreme Court of California.  Certiorari denied. *Edmund G. Brown,* Attorney General of California, and *Clarence A. Linn,* Assistant Attorney General, for petitioner.

No. 861.  JAMES NASSER PRODUCTIONS, INC., ET AL. *v.* CLARKE, U. S. DISTRICT JUDGE.  C. A. 9th Cir.  Certiorari denied. *Adele I. Springer* for petitioners.

No. 864.  MENZIES ET AL. *v.* FEDERAL TRADE COMMISSION.  C. A. 4th Cir.  Certiorari denied. *James W. Cassedy* for petitioners.  With him on the petition was *G. C. A. Anderson* for McCormick, petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 865.  COLLURA *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania, Western District.  Certiorari denied. *Marjorie Hanson Matson* for petitioner.

No. 867.  UNITED STATES FOR THE USE OF MALLOY *v.* BOWDEN, TRUSTEE IN BANKRUPTCY, ET AL.  C. A. 9th Cir.  Certiorari denied. *John E. McCall* for petitioner.